FOR PUBLICATION

**FILED**

APR 4 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MARY ANN MURRAY; LIGE M.
MURRAY,

      Plaintiffs-Counter-
      Defendants-Appellees,

  v.

BEJ MINERALS, LLC; RTWF, LLC,

      Defendants-Counter-
      Claimants-Appellants.

No.   16-35506

D.C. No. 1:14-cv-00106-SPW
District of Montana,
Billings

**ORDER**

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that

this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a)

and Circuit Rule 35-3. The three-judge panel disposition in this case shall not be

cited as precedent by or to any court of the Ninth Circuit.

Judges McKeown, Miller and Bade did not participate in the deliberations or

vote in this case.